# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER LYNN WELZ, ADMINISTRATOR OF THE ESTATE OF DENNIS LEE WELZ, JR., DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>HYATT HOTELS CORPORATION, et al.,<br><br>Defendants. | CASE NO.: 1:24-cv-01182-CAB<br><br>JUDGE CHRISTOPHER C. BOYKO<br><br>**STIPULATED LEAVE TO PLEAD OF DEFENDANTS** |

Now come Plaintiff Jennifer Lynn Welz, Administrator of the Estate of Dennis Lee Welz, Jr., Deceased, and Defendants Hyatt Hotels Corporation, Apple Leisure Group, ALG Vacations Corp., United Vacations, and improperly named Amstar DMC (collectively, "Defendants") by and through counsel, and hereby stipulate that Defendants are granted leave, up to and including September 2, 2024, in which to answer, plead or otherwise respond to Plaintiff's Complaint. This leave is not made for purposes of unduly delaying these proceedings and no extension has been previously requested or granted.

Respectfully submitted,

| | |
|---|---|
| /s/*Georg I. Abakumov (per email consent)*<br>Georg I. Abakumov (0034781)<br>Law Offices of Georg Abakumov LLC<br>14435 Hunting Hills Drive<br>Novelty, OH  44072<br>Phone: 216-319-3000/888-570-9277(fax)<br>georg.abakumov@gmail.com<br>*Counsel for Plaintiff* | /s/*Theresa A. Edwards*<br>Theresa A. Edwards (0090971)<br>Thomas P. Mannion (0062551)<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1375 E. 9th Street, Suite 2250<br>Cleveland, Ohio 44114<br>Tel. 216.344.9422/Fax 216.344.9<br>Tera.Edwards@lewisbrisbois.com<br>Tom.Mannion@lewisbrisbois.com<br>*Counsel for Defendants* |

135367022.1

**CERTIFICATE OF SERVICE**

  I hereby certify on this 18th day of July, 2024, a true and correct copy of the foregoing was sent via electronic mail to the following:

**Georg I. Abakumov**
Law Offices of Georg Abakumov LLC
14435 Hunting Hills Drive
Novelty, OH  44072
georg.abakumov@gmail.com
*Counsel for Plaintiff*

             /s/*Theresa A. Edwards*
             Theresa A. Edwards (0090971)
             Thomas P. Mannion (0062551)
             LEWIS BRISBOIS BISGAARD & SMITH LLP
             *Counsel for Defendants*